IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT W. JUNKE and TONI L. HILL, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:23-cv-1334 |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## UNITED STATES' ANSWER

The United States of America responds to the Amended Complaint as follows.

## AFFIRMATIVE DEFENSES

1. Plaintiffs fail to state a claim for which relief can be granted because the IRS correctly calculated the tax liabilities at issue in the Amended Complaint.

2. Plaintiffs fail to state a claim for which relief can be granted because the IRS possesses the authority to assess penalties under Internal Revenue Code § 6677.

3. Plaintiffs fail to state a claim for which relief can be granted because the Court lacks the power to order abatement of IRS assessments in these circumstances.

4. The Court lacks jurisdiction because Plaintiffs failed to file suit within the statute of limitations.

## RESPONSE TO NUMBERED PARAGRAPHS

The paragraph numbers in this Answer correspond to the paragraph numbers in the Amended Complaint.

### The Parties

1. The United States lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 1.

2.     The United States admits the allegations of paragraph 2.

## Jurisdiction and Venue

3.     The United States admits that, to the extent this Court has jurisdiction over this action, it has jurisdiction pursuant to 28 U.S.C. § 1346(a)(1) and 26 U.S.C. § 7422.

4.     The United States admits that, to the extent this Court has jurisdiction over this action, venue in this Court is proper.

## Background

5.     The United States lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 5.

6.     The United States lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 6.

7.     The United States lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 7.

8.     The United States lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 8.

9.     The United States lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 9.

10.    The United States lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 10.

11.    The United States admits Plaintiffs entered the Offshore Voluntary Disclosure Program in 2012. The United States lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of paragraph 11.

12. The United States lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 12.

13. The United States lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 13.

14. The United States lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 14.

15. The United States lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 15.

16. The United States admits that the IRS made the assessed penalties referenced in the allegations of paragraph 16.

17. The United States denies the allegations of paragraph 17.

### Penalties

18. The United States denies that the IRS assessed penalties against Plaintiffs under Internal Revenue Code § 6039F. The United States admits the remaining allegations of paragraph 18.

### Payments

19. The United States admits the allegations of paragraph 19 to the extent this paragraph accurately reflects the payments, credits, and dates displayed on Plaintiffs' account transcripts (attached to Plaintiffs' Amended Complaint as Exhibit B).

20. The United States admits the allegations of paragraph 20.

### Claim for Refund

21. The United States lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 21.

22. The United States lacks knowledge or information sufficient to form a belief about the truth of whether Plaintiffs received a formal claim denial from the IRS. The United States admits the remaining allegations of paragraph 22 to the extent these allegations accurately reflect the information displayed on Plaintiffs' account transcripts.

23. The United States lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 23.

## COUNT I

24. The United States incorporates its response to paragraphs 1 through 23 in response to paragraph 24.

25. The United States denies that Plaintiffs are entitled to a refund. The United States admits the remaining allegations of paragraph 25.

26. The United States denies the allegations of paragraph 26.

27. The United States denies the allegations of paragraph 27.

## COUNT II

28. The United States incorporates its response to paragraphs 1 through 27 in response to paragraph 28.

29. The United States admits that Plaintiffs have paid the amount involved in the Claim for tax years 2003 through 2005 and 2010. The United States denies the remaining allegations of paragraph 29.

30. The United States denies the allegations of paragraph 30.

31. The United States denies the allegations of paragraph 31.

No response is required as to the remainder of the Complaint because it is a prayer for relief. The United States denies all allegations not otherwise specifically admitted, qualified, or denied.

## PRAYER FOR RELIEF

Wherefore, having responded to the Amended Complaint, the United States respectfully requests that Plaintiffs' claim for refund be denied and that the United States be awarded costs, attorneys' fees, and such other relief as the Court determines to be appropriate.

Dated: January 23, 2024    Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Anna A. Miller*
ANNA A. MILLER
KYLE L. BISHOP
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-616-1878 (KLB)
202-514-6068 (AAM)
202-514-6866 (f)
Kyle.L.Bishop@usdoj.gov
Anna.A.Miller@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of January, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice to all registered to receive it.

                                                              */s/ Anna A. Miller*
                                                              ANNA A. MILLER
                                                              Trial Attorney
                                                              U.S. Dept. of Justice, Tax Division